McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Respondent, )<br>)<br>v. )<br>)<br>JESUS OSORNIO-COLIMA , )<br>)<br>Petitioner. )<br>)<br>)<br>_____ ) | CR F-03 5345 OWW<br>CIV-04-6757 OWW<br><br>**GOVERNMENT'S REQUEST TO LATE FILE REPLY TO PETITIONER'S MOTION** |

On December 27, 2004, the petitioner filed a Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 USC § 2255. On January 3, 2005, the court ordered that the respondent reply thirty days after the Supreme Court rendered a decision in Blakely v. Washington, 124 S. Ct. 2531 (2004). On January 12, 2005, the Supreme Court issued its decisions in United States v. Booker and United States v. Fanfan, 125 S. Ct. 738 (2005) which addressed issues raised in the Blakely decision. As such, the government's response was due on February 11, 2005.  However, as explained in the attached affidavit from Mark Cullers, Chief of the United States Attorney's Office in Fresno, California, due to a ministerial oversight, this case was not assigned to current government counsel until last Friday **July 29, 2005.** See, Exhibit A. Current counsel recognizes that the government's response is late and is well aware of the serious nature of the petitioner's case. However, counsel requests that given the circumstances, the government be allowed to file its response late and that the filing deadline be extended until September 30, 2005. The reason for the request is that counsel will be out of the office from August 15, 2005 thru August 23, 2005. Moreover, counsel has two Ninth

1

Circuit Appeal briefs due within this time period in addition to managing her current criminal caseload of forty cases

DATED: August 1, 2005                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                              By,

                                         /s/ Marianne A. Pansa
                                         _____
                                         MARIANNE A. PANSA
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

Dated : __August 2, 2005_____          _/s/ OLIVER W. WANGER_____
                                         Oliver W. Wanger
                                         United States District Judge

1
2
3
4,
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# D E C L A R A T I O N

I, **MARK E. CULLERS**, declare as follows:

1. I am the Chief in the United States Attorney for the Eastern District of California in Fresno, California. I am familiar with the facts described below.

2. On December 27, 2004, the petitioner filed a Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 USC § 2255. On January 3, 2005, the court ordered that the government reply to the petitioner's motion thirty days after the Supreme Court rendered a decision in Blakely v. Washington, 124 S. Ct. 2531 (2004). On January 12, 2005, the Supreme Court issued its decisions in United States v. Booker and United States v. Fanfan, 125 S. Ct. 738 (2005) which addressed issues raised in the Blakely decision. As such, the government's response was due on February 11, 2005.

3. Although this office was served with a copy of this court's order to respond on July 3, 2005, via electronic filing, a ministerial oversight occurred and the case was never assigned to government counsel. I only recently discovered the oversight and assigned the case to Assistant United States Attorney, Marianne A. Pansa on July 29, 2005.

4. I am aware of the serious nature of the petitioner's motion. However, in light of the unique circumstances of this case, the government requests that it be allowed to file its reply brief late and that it be given until **September 30, 2005**, to respond to the petitioner's motion.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this August 1, 2005.

/s/ Mark E. Cullers
Mark E. Cullers
Chief
United States Attorney's Office
Fresno, California

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on August 2, 2005, she served a copy of:

**GOVERNMENT'S REQUEST TO LATE FILE**
**REPLY TO PETITIONER'S MOTION**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in First Class Mail,  Fresno, California.

Addressee(s):
Jesus Osornio-Colima
Inmate # 57451-097
California City Correctional Facility
P.O. Box 3001-0001
California City, California 93504

        /s/ Marianne A. Pansa
        Marianne A. Pansa
        Assistant United States Attorney